# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:                              §
                                    §
RONALD J. WEIDNER                   §     Case No. 14-82160
                                    §
                                    §
              Debtor                §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/14/2014 . The undersigned trustee was appointed on 07/14/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 29,417.01 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 6,688.25 |
| Bank service fees | | 364.49 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 22,364.27 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  12/03/2014  and the deadline for filing governmental claims was  01/12/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,691.70 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,691.70 , for a total compensation of $ 3,691.70 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 32.31 , for total expenses of $ 32.31 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/18/2016              By: /s/BERNARD J. NATALE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-82160 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RONALD J. WEIDNER | | | | Date Filed (f) or Converted (c): | 07/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2014 |
| For Period Ending: | 10/18/2016 | | | | Claims Bar Date: | 12/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7016 Johnsburg, Spring Grove, IL 60081 | 348,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. McHenry Bank & Trust 2730 W. Route 120 McHenry, | 22,312.00 | 7,256.00 | | 9,417.01 | FA |
| 4. Couch, Chairs (20 years old) 2 tables 2 bedroom | 1,000.00 | 1,000.00 | | 2,000.00 | FA |
| 5. Miscellaneous clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Fishing poles and lures, golf clubs, old ski's | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7. 401k | 197,705.00 | 0.00 | | 0.00 | FA |
| 8. R Commercial Roofing Solutions, LLC (25%) | 0.00 | 0.00 | | 18,000.00 | FA |
| 9. Weidner/Schiller LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 10. Northern Cabins, LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Weidner Family LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 12. R & J Land Corp. (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2222 Pierce Drive LLC (25%) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Grease Grabber 7705 Industrial Drive Spring Grov | 0.00 | 0.00 | | 0.00 | FA |
| 15. 2005 Ford F150 (230,000 miles) | 3,000.00 | 2,200.00 | | 0.00 | FA |
| 16. 2007 Ford F450 | 3,000.00 | 600.00 | | 0.00 | FA |
| 17. 1996 Guide Boat | 100.00 | 100.00 | | 0.00 | FA |
| 18. 1993 Canoe | 100.00 | 100.00 | | 0.00 | FA |
| 19. 2005 Wave Runner | 700.00 | 200.00 | | 0.00 | FA |
| 20. 2001 Snowmobile | 500.00 | 100.00 | | 0.00 | FA |
| 21. 1998 Big Tex Trailer | 500.00 | 100.00 | | 0.00 | FA |
| 22. 2005 Aluma Trailer (bent frame) | 50.00 | 50.00 | | 0.00 | FA |
| 23. Black Lab (10 years old) Tortoise (30 years old) | 0.00 | 0.00 | | 0.00 | FA |
| 24. 1845 Marketview, (Mark Schiller)        (u) | 890,968.50 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-82160 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RONALD J. WEIDNER | | | | Date Filed (f) or Converted (c): | 07/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2014 |
| For Period Ending: | 10/18/2016 | | | | Claims Bar Date: | 12/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. 2420 Hiller Ridge, Johnsburg, (Mark Schiller) (u) | 306,309.00 | 0.00 | | 0.00 | FA |
| 26. 2504/2506 Hiller Ridge, Johnsburg, (Mark Schille (u) | 322,452.00 | 0.00 | | 0.00 | FA |
| 27. Duplicate of Asset #3 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $2,098,796.50     $12,706.00     $29,417.01     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SPECIAL COUNSEL NEGOTIATING GLOBAL RESOLUTION OF AVOIDANCE ACTIONS AND NON EXEMPT PROPERTY OF ESTATE.

RE PROP #    1  --  TITLE AS TENANTS BY ENTIRETY.
RE PROP #    24  --  Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 24
RE PROP #    25  --  Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 24

Initial Projected Date of Final Report (TFR): 12/31/2015     Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-82160 | Trustee Name: BERNARD J. NATALE |
| Case Name: RONALD J. WEIDNER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8061 |
| | Checking |
| Taxpayer ID No: XX-XXX2894 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/18/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $9,202.84 | | $9,202.84 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,192.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.67 | $9,179.17 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.21 | $9,165.96 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $4.74 | $9,161.22 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.63 | $9,147.59 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.16 | $9,134.43 |
| 07/27/16 | | Patricia E Weidner 7705 Industrial Drive Suite A Spring Grove IL 60081 | Compromise | | $20,000.00 | | $29,134.43 |
| | | | Gross Receipts    $20,000.00 | | | | |
| | 4 | | Couch, Chairs (20 years old) 2 tables 2 bedroom    $2,000.00 | 1129-000 | | | |
| | 8 | | R Commercial Roofing Solutions, LLC (25%)    $18,000.00 | 1129-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.38 | $29,116.05 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.28 | $29,072.77 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                              Page Subtotals:                    $29,202.84          $130.07

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-82160 | | Trustee Name: | BERNARD J. NATALE |
| Case Name: | RONALD J. WEIDNER | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX8061 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX2894 | | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 10/18/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/16 | 5002 | GINSBERG JACOBS LLC<br>300 S WACKER DRIVE<br>SUITE 2750<br>CHICAGO IL 60606 | Payment of Special Counsel Fees<br>1/3 of the recovered sum of $20,000 | 3210-000 | | $6,666.67 | $22,406.10 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.83 | $22,364.27 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $29,202.84 | $6,838.57 |
| Less: Bank Transfers/CD's | $9,202.84 | $0.00 |
| Subtotal | $20,000.00 | $6,838.57 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $6,838.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                    Page Subtotals:                    $0.00        $6,708.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-82160 | Trustee Name: BERNARD J. NATALE |
| Case Name: RONALD J. WEIDNER | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2894 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/18/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/14 | 3 | Patricia E. Weidner<br>7705 Industrial Drive<br>Suite A<br>Spring Grove, IL  60081 | Turned Over Funds from Bank Account | 1129-000 | $9,417.01 | | $9,417.01 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $9,407.01 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.53 | $9,393.48 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.60 | $9,380.88 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.39 | $9,366.49 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.47 | $9,353.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.00 | $9,340.02 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82160, BOND #016018067 | 2300-000 | | ($15.88) | $9,355.90 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82160, BOND #016018067 | 2300-000 | | $15.88 | $9,340.02 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82160, BOND #016018067 | 2300-000 | | $16.84 | $9,323.18 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.31 | $9,308.87 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.83 | $9,295.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.92 | $9,282.12 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.24 | $9,267.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*        Page Subtotals:        $9,417.01        $149.13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-82160 | Trustee Name: BERNARD J. NATALE |
| Case Name: RONALD J. WEIDNER | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX2894 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 10/18/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.32 | $9,254.56 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.86 | $9,241.70 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.62 | $9,227.08 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.79 | $9,214.29 |
| 02/24/16 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $11.45 | $9,202.84 |
| 02/24/16 | | Transfer to Acct # xxxxxx8061 | Transfer of Funds | 9999-000 | | $9,202.84 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $9,417.01 | $9,417.01 |
| Less: Bank Transfers/CD's | $0.00 | $9,202.84 |
| Subtotal | $9,417.01 | $214.17 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,417.01 | $214.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*              Page Subtotals:              $0.00        $9,267.88

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66 - Checking Account | $9,417.01 | $214.17 | $0.00 |
| XXXXXX8061 - Checking | $20,000.00 | $6,838.57 | $22,364.27 |
|  | $29,417.01 | $7,052.74 | $22,364.27 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $29,417.01 |
| Total Gross Receipts: | $29,417.01 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82160-TML  
Debtor Name: RONALD J. WEIDNER  
Claims Bar Date: 12/3/2014  

Date: October 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $3,691.70 | $3,691.70 |
| Trte Exp 100 2200 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $32.31 | $32.31 |
| Atty Fees 100 3110 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $16,721.25 | $16,721.25 |
| Atty Exp 100 3120 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Administrative | | $0.00 | $45.03 | $45.03 |
| SPCO 100 3210 | GINSBERG JACOBS LLC<br>300 S WACKER DRIVE<br>SUITE 2750<br>CHICAGO IL 60606 | Administrative | | $0.00 | $6,666.67 | $6,666.67 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $0.00 | $0.00 |
| BOND 199 2300 | LTD INTERNATIONAL<br>SURETIES<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $16.84 | $16.84 |
| 1U 610 7100 | Crystal Lake Bank & Trust Company N.A.<br>William S. Hackney, SmithAmudsen LLC<br>150 North Michigan Ave., Suite 3300<br>Chicago, IL  60601 | Unsecured | | $0.00 | $3,681,729.09 | $3,681,729.09 |
| 2 610 7100 | PYOD LLC assignee of Citibank N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Unsecured | | $0.00 | $52,009.41 | $52,009.41 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 3:14-82160-TML  
Debtor Name: RONALD J. WEIDNER  
Claims Bar Date: 12/3/2014  

Date: October 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>610<br>7100 | FirstMerit Bank N. A.<br>% Attorney Charles M. Baum<br>300 South Wacker Dr., Suite 2750<br>Chicago, IL  60606 | Unsecured | | $0.00 | $1,007,979.59 | $1,007,979.59 |
| 4U<br>610<br>7100 | RREF II BHB ACQUISITIONS LLC<br>c/o Smith & Weik, LLC<br>1011 Lake St., Suite 412<br>Oak Park, IL  60301 | Unsecured | | $0.00 | $2,777,805.67 | $2,777,805.67 |
| 1S<br>950<br>4110 | Crystal Lake Bank & Trust Company N.A.<br>William S. Hackney, SmithAmudsen LLC<br>150 North Michigan Ave., Suite 3300<br>Chicago, IL  60601 | Secured | | $0.00 | $225,000.00 | $225,000.00 |
| 4S<br>950<br>4110 | RREF II BHB ACQUISITIONS LLC<br>c/o Smith & Weik, LLC<br>1011 Lake St., Suite 412<br>Oak Park, IL  60301 | Secured | | $0.00 | $1,895,000.00 | $1,895,000.00 |
| | Case Totals | | | $0.00 | $9,666,697.56 | $9,666,697.56 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-82160
Case Name: RONALD J. WEIDNER
Trustee Name: BERNARD J. NATALE

    Balance on hand              $  22,364.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Crystal Lake Bank & Trust Company N.A. | $ 225,000.00 | $ 225,000.00 | $ 0.00 | $ 0.00 |
| 4S | RREF II BHB ACQUISITIONS LLC | $ 1,895,000.00 | $ 1,895,000.00 | $ 0.00 | $ 0.00 |

  Total to be paid to secured creditors        $    0.00

  Remaining Balance             $  22,364.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 3,691.70 | $ 0.00 | $ 3,691.70 |
| Trustee Expenses: BERNARD J. NATALE | $ 32.31 | $ 0.00 | $ 32.31 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 16,721.25 | $ 0.00 | $ 16,721.25 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 45.03 | $ 0.00 | $ 45.03 |
| Other: GINSBERG JACOBS LLC | $ 6,666.67 | $ 6,666.67 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 16.84 | $ 16.84 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $     20,490.29

    Remaining Balance      $     1,873.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,519,523.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Crystal Lake Bank & Trust Company N.A. | $ 3,681,729.09 | $ 0.00 | $ 917.54 |
| 2 | PYOD LLC assignee of Citibank N.A. | $ 52,009.41 | $ 0.00 | $ 12.96 |
| 3 | FirstMerit Bank N. A. | $ 1,007,979.59 | $ 0.00 | $ 251.20 |
| 4U | RREF II BHB ACQUISITIONS LLC | $ 2,777,805.67 | $ 0.00 | $ 692.28 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,873.98 |

    Remaining Balance                                                          $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE