# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### WESTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| RONALD J. WEIDNER | § | Case No. 14-82160 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 900,936.78
*(Without deducting any secured claims)*

Assets Exempt: 1,178,447.72

Total Distributions to Claimants: 1,873.98

Claims Discharged
Without Payment: 61,120,791.82

Total Expenses of Administration: 27,543.03

---

3) Total gross receipts of $ 29,417.01  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 29,417.01  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 4,085,215.40 | $ 2,120,000.00 | $ 2,120,000.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,543.03 | 27,543.03 | 27,543.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,517,926.64 | 7,519,523.76 | 7,519,523.76 | 1,873.98 |
| **TOTAL DISBURSEMENTS** | $ 53,603,142.04 | $ 9,667,066.79 | $ 9,667,066.79 | $ 29,417.01 |

4)  This case was originally filed under chapter 7 on  07/14/2014 .  The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/14/2017          By:/s/BERNARD J. NATALE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Couch, Chairs (20 years old) 2 tables 2 bedroom | 1129-000 | 2,000.00 |
| McHenry Bank & Trust 2730 W. Route 120 McHenry, | 1129-000 | 9,417.01 |
| R Commercial Roofing Solutions, LLC (25%) | 1129-000 | 18,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$29,417.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Loan Servicing P. O. Box 5933 Troy, MI 48007 | | 2,057,641.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Loan Servicing P. O. Box 5933 Troy, MI 48007 | | 599,636.66 | NA | NA | 0.00 |
| | Bayview Loan Servicing P. O. Box 5933 Troy, MI 48007 | | 958,342.72 | NA | NA | 0.00 |
| | BB & T P.O. Box 580022 Charlotte, NC 28258 | | 262,594.10 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 207,000.00 | NA | NA | 0.00 |
| 1S | Crystal Lake Bank & Trust Company N.A. | 4110-000 | NA | 225,000.00 | 225,000.00 | 0.00 |
| 4S | RREF II BHB ACQUISITIONS LLC | 4110-000 | NA | 1,895,000.00 | 1,895,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 4,085,215.40** | **$ 2,120,000.00** | **$ 2,120,000.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 3,691.70 | 3,691.70 | 3,691.70 |
| BERNARD J. NATALE | 2200-000 | NA | 32.31 | 32.31 | 32.31 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES | 2300-000 | NA | 4.74 | 4.74 | 4.74 |
| LTD INTERNATIONAL SURETIES | 2300-000 | NA | 16.84 | 16.84 | 16.84 |
| Associated Bank | 2600-000 | NA | 167.16 | 167.16 | 167.16 |
| Rabobank, N.A. | 2600-000 | NA | 197.33 | 197.33 | 197.33 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 16,721.25 | 16,721.25 | 16,721.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 45.03 | 45.03 | 45.03 |
| GINSBERG JACOBS LLC | 3210-600 | NA | 6,666.67 | 6,666.67 | 6,666.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,543.03 | $ 27,543.03 | $ 27,543.03 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Community Bank & Trust P.O. Box 1720 Woodstock, IL 60098 | | 33,612.47 | NA | NA | 0.00 |
| | American Community Bank & Trust P.O. Box 1720 Woodstock, IL 60098 | | 33,612.47 | NA | NA | 0.00 |
| | American Community Bank & Trust P.O. Box 1720 Woodstock, IL 60098 | | 33,612.47 | NA | NA | 0.00 |
| | Bank of America P.O. Box 982235 El Paso, TX 799982235 | | 17,607.04 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America<br>P.O. Box 982235<br>El Paso, TX 799982235 | | 17,607.04 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>P. O. Box 5933<br>Troy, MI 48007 | | 2,057,641.92 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>P. O. Box 5933<br>Troy, MI 48007 | | 414,740.66 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>P. O. Box 5933<br>Troy, MI 48007 | | 373,361.17 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>P. O. Box 5933<br>Troy, MI 48007 | | 2,057,641.92 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>P. O. Box 5933<br>Troy, MI 48007 | | 414,740.66 | NA | NA | 0.00 |
| | Bayview Loan Servicing<br>P. O. Box 5933<br>Troy, MI 48007 | | 373,361.17 | NA | NA | 0.00 |
| | Chase Bank N.A.<br>1258 US Highway 12<br>Fox Lake, IL 60020 | | 200,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank N.A. 1258 US Highway 12 Fox Lake, IL 60020 | | 200,000.00 | NA | NA | 0.00 |
| | Chase Bank N.A. 1258 US Highway 12 Fox Lake, IL 60020 | | 200,000.00 | NA | NA | 0.00 |
| | Citibank Processing Center Des Moines, IA 50363 | | 53,320.04 | NA | NA | 0.00 |
| | Citibank Processing Center Des Moines, IA 50363 | | 53,320.04 | NA | NA | 0.00 |
| | Citibank Processing Center Des Moines, IA 50363 | | 53,320.04 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 94,339.21 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 1,510,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 1,582,745.40 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 1,582,745.40 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 1,582,745.40 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 1,510,000.00 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 94,339.21 | NA | NA | 0.00 |
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 94,339.21 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crystal Lake Bank & Trust Company 70 North Williams Street Crystal Lake, IL 60014 | | 1,510,000.00 | NA | NA | 0.00 |
| | FirstMerit Bank N.A. c/o Keara Roethke 300 South Wacker Drive, Suite 2750 Chicago, IL 60606 | | 952,105.35 | NA | NA | 0.00 |
| | FirstMerit Bank N.A. c/o Keara Roethke 300 South Wacker Drive, Suite 2750 Chicago, IL 60606 | | 952,105.35 | NA | NA | 0.00 |
| | Home State Bank P.O. Box 986 Newark, NJ 07184 | | 139,955.96 | NA | NA | 0.00 |
| | Home State Bank P.O. Box 986 Newark, NJ 07184 | | 139,955.96 | NA | NA | 0.00 |
| | Home State Bank P.O. Box 986 Newark, NJ 07184 | | 139,955.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home State Bank, N.A. 40 Grant Street Crystal Lake, IL 60039 | | 178,629.53 | NA | NA | 0.00 |
| | Home State Bank, N.A. 40 Grant Street Crystal Lake, IL 60039 | | 9,760,000.00 | NA | NA | 0.00 |
| | Home State Bank, N.A. 40 Grant Street Crystal Lake, IL 60039 | | 9,760,000.00 | NA | NA | 0.00 |
| | Home State Bank, N.A. 40 Grant Street Crystal Lake, IL 60039 | | 178,629.53 | NA | NA | 0.00 |
| | Home State Bank, N.A. 40 Grant Street Crystal Lake, IL 60039 | | 178,629.53 | NA | NA | 0.00 |
| | Home State Bank, N.A. 40 Grant Street Crystal Lake, IL 60039 | | 9,760,000.00 | NA | NA | 0.00 |
| | RREF II BHB Acquisitions LLC P.O. Box 39517 Solon, OH 44139 | | 160,582.01 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RREF II BHB Acquisitions LLC P.O. Box 39517 Solon, OH 44139 | | 160,582.01 | NA | NA | 0.00 |
| | RREF II BHB Acquisitions LLC P.O. Box 39517 Solon, OH 44139 | | 160,582.01 | NA | NA | 0.00 |
| | Walter Weidner 5716 S. Solon Road Mchenry, IL 60050 | | 249,153.50 | NA | NA | 0.00 |
| | Walter Weidner 5716 S. Solon Road Mchenry, IL 60050 | | 249,153.50 | NA | NA | 0.00 |
| | Walter Weidner 5716 S. Solon Road Mchenry, IL 60050 | | 249,153.50 | NA | NA | 0.00 |
| 1U | Crystal Lake Bank & Trust Company N.A. | 7100-000 | NA | 3,681,729.09 | 3,681,729.09 | 917.54 |
| 3 | FirstMerit Bank N. A. | 7100-000 | NA | 1,007,979.59 | 1,007,979.59 | 251.20 |
| 2 | PYOD LLC assignee of Citibank N.A. | 7100-000 | NA | 52,009.41 | 52,009.41 | 12.96 |
| 4U | RREF II BHB ACQUISITIONS LLC | 7100-000 | NA | 2,777,805.67 | 2,777,805.67 | 692.28 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,517,926.64 | $ 7,519,523.76 | $ 7,519,523.76 | $ 1,873.98 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-82160 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RONALD J. WEIDNER | | | | Date Filed (f) or Converted (c): | 07/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2014 |
| For Period Ending: | 06/13/2017 | | | | Claims Bar Date: | 12/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  7016 Johnsburg, Spring Grove, IL 60081 | 348,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3.  McHenry Bank & Trust 2730 W. Route 120 McHenry, | 22,312.00 | 7,256.00 | | 9,417.01 | FA |
| 4.  Couch, Chairs (20 years old) 2 tables 2 bedroom | 1,000.00 | 1,000.00 | | 2,000.00 | FA |
| 5.  Miscellaneous clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6.  Fishing poles and lures, golf clubs, old ski's | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7.  401k | 197,705.00 | 0.00 | | 0.00 | FA |
| 8.  R Commercial Roofing Solutions, LLC (25%) | 0.00 | 0.00 | | 18,000.00 | FA |
| 9.  Weidner/Schiller LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Northern Cabins, LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Weidner Family LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 12.  R & J Land Corp. (50%) | 0.00 | 0.00 | | 0.00 | FA |
| 13.  2222 Pierce Drive LLC (25%) | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Grease Grabber 7705 Industrial Drive Spring Grov | 0.00 | 0.00 | | 0.00 | FA |
| 15.  2005 Ford F150 (230,000 miles) | 3,000.00 | 2,200.00 | | 0.00 | FA |
| 16.  2007 Ford F450 | 3,000.00 | 600.00 | | 0.00 | FA |
| 17.  1996 Guide Boat | 100.00 | 100.00 | | 0.00 | FA |
| 18.  1993 Canoe | 100.00 | 100.00 | | 0.00 | FA |
| 19.  2005 Wave Runner | 700.00 | 200.00 | | 0.00 | FA |
| 20.  2001 Snowmobile | 500.00 | 100.00 | | 0.00 | FA |
| 21.  1998 Big Tex Trailer | 500.00 | 100.00 | | 0.00 | FA |
| 22.  2005 Aluma Trailer (bent frame) | 50.00 | 50.00 | | 0.00 | FA |
| 23.  Black Lab (10 years old) Tortoise (30 years old) | 0.00 | 0.00 | | 0.00 | FA |
| 24.  1845 Marketview, (Mark Schiller)          (u) | 890,968.50 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 14-82160 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
|---|---|---|---|---|---|---|
| Case Name: | RONALD J. WEIDNER | | | | Date Filed (f) or Converted (c): | 07/14/2014 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2014 |
| For Period Ending: | 06/13/2017 | | | | Claims Bar Date: | 12/03/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  2420 Hiller Ridge, Johnsburg, (Mark Schiller)    (u) | 306,309.00 | 0.00 | | 0.00 | FA |
| 26.  2504/2506 Hiller Ridge, Johnsburg, (Mark Schille (u) | 322,452.00 | 0.00 | | 0.00 | FA |
| 27.  Duplicate of Asset #3 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,098,796.50 | $12,706.00 | | $29,417.01 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SPECIAL COUNSEL NEGOTIATING GLOBAL RESOLUTION OF AVOIDANCE ACTIONS AND NON EXEMPT PROPERTY OF ESTATE.

RE PROP #     1  --    TITLE AS TENANTS BY ENTIRETY.
RE PROP #    24  --    Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 24
RE PROP #    25  --    Orig. Asset Memo: Not originally scheduled; Imported from Amended Doc#: 24

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-82160

Case Name: RONALD J. WEIDNER

Taxpayer ID No: XX-XXX2894

For Period Ending: 06/13/2017

Trustee Name: BERNARD J. NATALE

Bank Name: Associated Bank

Account Number/CD#: XXXXXX8061

Checking

Blanket Bond (per case limit): $3,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | 9999-000 | $9,202.84 | | $9,202.84 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,192.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.67 | $9,179.17 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.21 | $9,165.96 |
| 06/02/16 | 5001 | INTERNATIONAL SURETIES SUITE 420 701 POYDRAS STREET NEW ORLEANS LA 70139 | Bond# 016018067 | 2300-000 | | $4.74 | $9,161.22 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.63 | $9,147.59 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.16 | $9,134.43 |
| 07/27/16 | | Patricia E Weidner 7705 Industrial Drive Suite A Spring Grove IL 60081 | Compromise | | $20,000.00 | | $29,134.43 |
| | | | Gross Receipts                    $20,000.00 | | | | |
| | 4 | | Couch, Chairs (20 years old) 2 tables 2 bedroom    $2,000.00 | 1129-000 | | | |
| | 8 | | R Commercial Roofing Solutions, LLC (25%)    $18,000.00 | 1129-000 | | | |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.38 | $29,116.05 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.28 | $29,072.77 |

Page Subtotals:      $29,202.84      $130.07

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-82160 | Trustee Name: BERNARD J. NATALE | Exhibit 9 |
| Case Name: RONALD J. WEIDNER | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8061 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2894 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/29/16 | 5002 | GINSBERG JACOBS LLC<br>300 S WACKER DRIVE<br>SUITE 2750<br>CHICAGO IL 60606 | Payment of Special Counsel Fees<br>1/3 of the recovered sum of $20,000 | 3210-000 | | $6,666.67 | $22,406.10 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.83 | $22,364.27 |
| 11/16/16 | 5007 | FirstMerit Bank N. A.<br>% Attorney Charles M. Baum<br>300 South Wacker Dr., Suite 2750<br>Chicago, IL  60606 | Final distribution to claim 3 representing a payment of 0.02 % per court order. | 7100-000 | | $251.20 | $22,113.07 |
| 11/16/16 | 5003 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $3,724.01 | $18,389.06 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($3,691.70) | 2100-000 | | | |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order. ($32.31) | 2200-000 | | | |
| 11/16/16 | 5004 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $16,766.28 | $1,622.78 |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($16,721.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Final distribution representing a payment of 100.00 % per court order. ($45.03) | 3120-000 | | | |
| 11/16/16 | 5005 | Crystal Lake Bank & Trust Company N.A.<br>William S. Hackney, SmithAmudsen LLC<br>150 North Michigan Ave., Suite 3300<br>Chicago, IL  60601 | Final distribution to claim 1 representing a payment of 0.02 % per court order. | 7100-000 | | $917.54 | $705.24 |

| | | | | | |
|---|---|---|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 17)* | | Page Subtotals: | | $0.00 | $28,367.53 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  14-82160
Case Name:  RONALD J. WEIDNER

Taxpayer ID No:  XX-XXX2894
For Period Ending:  06/13/2017

Trustee Name:  BERNARD J. NATALE
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX8061
Checking
Blanket Bond (per case limit):  $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/16/16 | 5006 | PYOD LLC assignee of Citibank N.A. Resurgent Capital Services PO Box 19008 Greenville, SC  29602 | Final distribution to claim 2 representing a payment of 0.02 % per court order. | 7100-000 | | $12.96 | $692.28 |
| 11/16/16 | 5008 | RREF II BHB ACQUISITIONS LLC c/o Smith & Weik, LLC 1011 Lake St., Suite 412 Oak Park, IL  60301 | Final distribution to claim 4 representing a payment of 0.02 % per court order. | 7100-000 | | $692.28 | $0.00 |
| 01/18/17 | 5007 | FirstMerit Bank N. A. % Attorney Charles M. Baum 300 South Wacker Dr., Suite 2750 Chicago, IL  60606 | Final distribution to claim 3 representing a payment of 0.02 % per court order. Reversal Check was never cashed and reissued. | 7100-000 | | ($251.20) | $251.20 |
| 01/18/17 | 5009 | FirstMerit Bank N. A. % Sara E Lorber FactorLaw 105 W Madison St, Ste 1500 Chicago IL | Replacement of Original Ck #5007 | 7100-000 | | $251.20 | $0.00 |
| 01/26/17 | 5005 | Crystal Lake Bank & Trust Company N.A. William S. Hackney, SmithAmudsen LLC 150 North Michigan Ave., Suite 3300 Chicago, IL  60601 | Final distribution to claim 1 representing a payment of 0.02 % per court order. Reversal Check never cashed and cannot be found.  Reissued on 1/26/17 Check No. 5010. | 7100-000 | | ($917.54) | $917.54 |
| 01/26/17 | 5010 | Crystal Lake Bank & Trust Company N.A. William S. Hackney, SmithAmudsen LLC 150 North Michigan Ave., Suite 3300 Chicago, IL  60601 | Distribution paid Claim #1 unsecured portion - Replacement for Check #5005 | 7100-000 | | $917.54 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $29,202.84 | $29,202.84 |
| Less: Bank Transfers/CD's | $9,202.84 | $0.00 |
| Subtotal | $20,000.00 | $29,202.84 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $29,202.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page Subtotals:                                        $0.00          $705.24

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 14-82160 | Trustee Name: BERNARD J. NATALE | Exhibit 9 |
| Case Name: RONALD J. WEIDNER | Bank Name: Rabobank, N.A. | |
| | Account Number/CD#: XXXXXX66 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX2894 | Blanket Bond (per case limit): $3,000.00 | |
| For Period Ending: 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/15/14 | 3 | Patricia E. Weidner<br>7705 Industrial Drive<br>Suite A<br>Spring Grove, IL  60081 | Turned Over Funds from Bank Account | 1129-000 | $9,417.01 | | $9,417.01 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $9,407.01 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.53 | $9,393.48 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.60 | $9,380.88 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.39 | $9,366.49 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.47 | $9,353.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.00 | $9,340.02 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82160, BOND #016018067 | 2300-000 | | ($15.88) | $9,355.90 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82160, BOND #016018067 | 2300-000 | | $15.88 | $9,340.02 |
| 06/08/15 | 102 | INTERNATIONAL SURETIES, LTD SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA  70139 | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82160, BOND #016018067 | 2300-000 | | $16.84 | $9,323.18 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.31 | $9,308.87 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.83 | $9,295.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.92 | $9,282.12 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.24 | $9,267.88 |
| | | | Page Subtotals: | | $9,417.01 | $149.13 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 14-82160 | | | | | | Exhibit 9 |
| --- | --- | --- | --- | --- | --- | --- |

Case No: 14-82160
Case Name: RONALD J. WEIDNER

Trustee Name: BERNARD J. NATALE
Bank Name: Rabobank, N.A.
Account Number/CD#: XXXXXX66
Checking Account

Taxpayer ID No: XX-XXX2894
For Period Ending: 06/13/2017

Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $13.32 | $9,254.56 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.86 | $9,241.70 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $14.62 | $9,227.08 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $12.79 | $9,214.29 |
| 02/24/16 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank Service Fee | 2600-000 | | $11.45 | $9,202.84 |
| 02/24/16 | | Transfer to Acct # xxxxxx8061 | Transfer of Funds | 9999-000 | | $9,202.84 | $0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | COLUMN TOTALS | $9,417.01 | $9,417.01 | | |
| | Less: Bank Transfers/CD's | $0.00 | $9,202.84 | | |
| | Subtotal | $9,417.01 | $214.17 | | |
| | Less: Payments to Debtors | $0.00 | $0.00 | | |
| | Net | $9,417.01 | $214.17 | | |

Page Subtotals:                    $0.00        $9,267.88

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $9,417.01 | $214.17 | $0.00 |
| XXXXXX8061 - Checking | $20,000.00 | $29,202.84 | $0.00 |
| | $29,417.01 | $29,417.01 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $29,417.01 | |
| Total Gross Receipts: | $29,417.01 | |

Page Subtotals:                    $0.00              $0.00